IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Civil Action No. 11-cv-01319-WDM-MJW

MERCY CRUZ,

    Plaintiff,

v.

REVENUE SECURITY SYSTEMS, LP, a Texas limited partnership,
d/b/a CHECK PLUS SYSTEMS, LP,
d/b/a CPA SECURITY,

    Defendant.

## NOTICE OF VOLUNTARY DISMISSAL

Miller, J.

This matter is before me on notice of voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) (ECF No. 7) filed by plaintiff.  Defendant has not answered the complaint.  Accordingly, I take judicial notice that the complaint is dismissed with prejudice, each party his, her, or its own attorneys' fees and costs.

DATED at Denver, Colorado, on July 21, 2011.

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge

PDF FINAL